In the United States District Court
for the Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 16 2015

JAMES N. HATTEN, Clerk
BY: _____ Deputy Clerk

Andrey Matveychuk,
    Plaintiff,

vs.

Nationstar Mortgage, LLC and
Rubin Lublin, LLC
    Defendants

Civil Action No. 1:15-CV-00448-AT-JSA

Emergency ex parte Motion to Stay

I file this motion in hopes of justice and remedy from the court. I currently have two cases before this court and wish to get a 180 day stay on both. I have sustained irreparable and devastating outcomes stemming from abandonment of council and them blatantly refusing to return my files. I have not received the remainder of my files from Mr. Robert Thompson Jr and what I did get took a tremendous effort and time and expense. Currently I face the same issue with Mr Grady Roberts and have no files or documentation that is crucial to my cases in this court. I ask the court to repremand these two officers of the court and aid in me getting my documents back. I have experienced this problem with many attornies and it has had an impact on my life and my cases. Seems there is no remedy for their refusal and I pay the price dearly. I need time to get all my files, sort and organize them, and attempt to reobtain what is no longer there so I can properly defend my cases and prove my cases. The court moves at a more rapid rate than I am able to recour at and pray the court understands this necessity.

I can be available at the courts convenience to appear and answer any questions this motion causes. Mr. Roberts was supposed to be representing me but hasn't done so in this case.

Andrey Matveychuk
Pro se filing

Contact info   address: PO Box 40
Lawrenceville GA 30046

email: myattorneyissues@gmail.com

\* please send ~~email pdf doc~~ correspondance via email if possible

tel : 770 873-4300